FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-CR-00148-TOR-1 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION FOR OUT OF DISTRICT TRAVEL |
| v. | |
| KISONA MAILOTO, JR., | |
| Defendant. | |

Before the Court is Defendant's Unopposed Motion for Out of District Travel. ECF No. 34. Defendant recites that neither the United States, nor U.S. Probation oppose this request. ECF No. 34 at 2-3.

Specifically, Defendant requests permission to travel outside the Eastern District of Washington to Biloxi, Mississippi from December 22, 2017 through January 1, 2018. In his motion Defendant explains that the purpose for the requested travel is to allow him to spend Christmas with his daughter. ECF No. 34 at 1.

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 34**, is **GRANTED**. Defendant is permitted to travel to Biloxi, Mississippi from December 22, 2017 through January 1, 2018. Prior to departure, Defendant shall provide Pretrial Services the address and landlord where he will reside and a telephone number where he may be contacted at any time.

ORDER ~ 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 19, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE